HERMAN ESPADA v. DEPARTMENT OF CORRECTIONS.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD CAUSEY.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY MICHAEL ROTH.

September 27, 1983.

Certification to the Superior Court, Law Division, is granted.